Filed 7/22/25  P. v. Ortegagileta CA2/3

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | B334184 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. TA152244) |
| v. | |
| HERNAN ORTEGAGILETA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Kelvin Filer, Judge.  Affirmed.

Joshua L. Siegel, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

———————————————

Hernan Ortegagileta appeals from a judgment after he was resentenced. Ortegagileta's appellate counsel has filed a brief under *People v. Wende* (1979) 25 Cal.3d 436, asking us to review the record independently.

In 2021, a jury convicted Ortegagileta of sexual penetration of a child under 10 years old (Pen. Code,[1] § 288.7, subd. (b); count 1) and lewd acts on a child under 14 years old (§ 288, subd. (a); counts 2 through 7). As to counts 2 through 6, the jury found that Ortegagileta committed the crimes against multiple victims (§ 667.61, subds. (b) & (e)).

In September 2021, the trial court sentenced Ortegagileta to consecutive terms of 15 years to life on counts 1, 2, 4, and 6 and to the high term of eight years on count 7. The trial court sentenced him to concurrent terms of 15 years to life on counts 3 and 5. Counts 1 through 3 concerned victim E.J. and abuse occurring on three separate occasions. Counts 4 through 6 concerned victim K.H. and abuse occurring on three separate occasions. Count 7 concerned victim I.

On direct appeal, a different panel of this division reversed Ortegagileta's convictions in counts 1 and 7 and found that the sentencing court had failed to exercise its sentencing discretion on counts 2, 4, and 6. (*People v. Ortegagileta* (Oct. 25, 2022, B315468) [nonpub. opn.].) The matter was therefore remanded to the trial court for resentencing.

At hearings on June 29 and November 29, 2023, the trial court dismissed counts 1 and 7, sentenced Ortegagileta to

---

[1] All further undesignated statutory references are to the Penal Code.

consecutive terms of 15 years to life on counts 2, 4, and 5, and to concurrent terms of 15 years to life on counts 3 and 6.

This appeal followed. Court-appointed appellate counsel filed an opening brief that raised no issues and asked this court to independently review the record under *People v. Wende, supra*, 25 Cal.3d 436. We directed appellant's counsel to send Ortegagileta the record and a copy of the opening brief, and we advised that within 30 days of the date of the notice, Ortegagileta could submit a supplemental brief or letter stating any grounds for an appeal, or contentions, or arguments he wished this court to consider. Ortegagileta did not submit a supplemental brief.

We have examined the record and are satisfied no arguable issues exist and Ortegagileta's attorney has complied with the responsibilities of counsel. (*People v. Kelly* (2006) 40 Cal.4th 106, 125–126; *People v. Wende, supra*, 25 Cal.3d at pp. 441–442.)

### DISPOSITION

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

EDMON, P. J.

We concur:

EGERTON, J.                    HANASONO, J.

3